1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

4           United States Bankruptcy Court
              Central District of California
5

6                                      ) Chapter 13
                                       )
7  ALBERT B CONANT                     ) Case No.: 8:07-bk-13457-TA
                                       )
8  DAWN I CONANT                       ) **NOTICE OF UNCLAIMED DIVIDEND**
                                       ) (Bankruptcy Rule 3011)
9                                      )
                                       )
10                                     )
                                       )
11 ─────────────────────────────────────

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **300795** in the sum of **$2.84**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      ALBERT B CONANT
        95 SKLAR ST.
18      LADERA RANCH, CA 92694

19
   Date: August 7, 2010               _____
20                                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0713457 | ALBERT B & DAWN I CONANT ACCT: | Claim: 00000 | XXX-XX-0017 XXX-XX-8271 | 2.84 | 0.00 | 2.84 |
| | | TOTALS | | 2.84 | 0.00 | 2.84 |

ALBERT B CONANT
DAWN I CONANT
BALANCE:  [0.00  13/00000]
SSN: XXX-XX-0017    SSN: XXX-XX-8271
ACCT:    CASE: 0713457
PRINCIPAL:    2.84    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300795

Jul 23, 2010
VOID 90 DAYS FROM DATE

*********$2.84

**PAY**  Two And 84 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300795⑈  ⑆061100790⑆000000575186 2⑈